IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JUSTIN T. HOLCOMBE,<br>    Plaintiff,<br><br>v.<br><br>ALLIANCE SECURITY LLC, and<br>MONITRONICS INTERNATIONAL,<br>INC.,<br>    Defendants. | :<br>:<br>:   CIVIL ACTION FILE<br>:<br>:   No. 4:13-cv-00142-HLM<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

**SKAAR & FEAGLE LLP**

by:   /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com

`

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600 ● fax (770) 427 - 9414